IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JENNIFER LEE BROWN, *et al., on behalf of themselves and all individuals similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>RENTSPREE, INC.,<br><br>Defendant. | Civil Action No. 1:20-cv-1167-AJT-TCB |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs, by counsel and with the signature of counsel for RentSpree, Inc., hereby stipulate to the dismissal with prejudice of all claims in this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear her/his/its own costs and attorneys' fees.

DATED: February 11, 2021

Respectfully submitted,

  /s/ Kristi C. Kelly
Kristi C. Kelly (VSB No. 72791)
Andrew J. Guzzo (VSB No. 82170)
Casey S. Nash (VSB No. 84261)
Kelly Guzzo, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Phone:  (703) 424-7570
Fax:  (703) 591-0167
kkelly@kellyguzzo.com
aguzzo@kellyguzzo.com
casey@kellyguzzo.com
*Counsel for Plaintiffs*

  /s/ Julia K. Whitelock
Julia K. Whitelock, (VSB #79328)
Philip T. Abbruscato, (VSB #95335)
GORDON REES SCULLY
MANSUKHANI, LLP

So Ordered

/s/ Anthony J. Trenga   02/12/2021
United States District Judge

1

1101 King Street, Suite 520
Alexandria, VA 22314
Telephone: (202) 372-9076
Facsimile: (202) 800-2999
jwhitelock@grsm.com
pabbruscato@grsm.com

Scott M. Paler, Esq. (*pro hac vice*)
Brian R. Smigelski, Esq. (*pro hac vice*)
John C. Gardner, Esq. (*pro hac vice*)
Laura M. Davis, Esq. (*pro hac vice*)
DEWITT LLP
2 East Mifflin Street, Suite 600
Madison, WI 53703
Telephone: 608.255.8891
Facsimile: 608.252.9243
smp@dewittllp.com
brs@dewittllp.com
jcg@dewittllp.com
lmd@dewittllp.com
*Counsel for Defendant RentSpree, Inc.*